James R. Patterson, State Bar No. 211102
jim@pattersonlawgroup.com
Alisa A. Martin, State Bar No. 224037
alisa@pattersonlawgroup.com
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 398-4760
Facsimile: (619) 756-6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN VESS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendants. | CASE NO.: 3:10-cv-00920 AJB(WVG)<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>DATE: OCTOBER 24, 1013<br>TIME: 2:00 P.M.<br>JUDGE: HON. ANTHONY J. BATTAGLIA<br>COURTROOM: 3B |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on October 24, 2013, at 2:00 p.m., at the
3  United States District Court for the Southern District Of California, located at 333
4  West Broadway, San Diego, California, Courtroom 3B, Plaintiff will and hereby
5  does move before the Honorable Anthony J. Battaglia for an order awarding
6  attorneys' fees, costs, and an incentive award.

7    This unopposed motion is based on this notice and motion, the supporting
8  memorandum of points and authorities, the declarations of Alisa A. Martin and
9  Steven L. Woodrow, all filed concurrently herewith, as well as the pleadings on
10 file in this action, and upon such other matters, evidence, and arguments as may be
11 presented to the Court before or at the hearing on this motion.

13 Dated:  September 6, 2013  PATTERSON LAW GROUP

15         By: ____*/s/ Alisa A. Martin*_____
          Alisa A. Martin
16         Attorneys for the Plaintiff and the Class

## CERTIFICATION OF SERVICE

I, Alisa A. Martin, hereby certify that on September 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

                     */s/ Alisa A. Martin*
                         Alisa A. Martin