1  Steven L. Woodrow (*Pro Hac Vice*)
   Edelson LLC
2  999West 18th Street
   Suite 3000
3  Denver, CO 80202
   Telephone:  (303) 357-4878
4  Facsimile:  (303) 589-6378
   swoodrow@edelson.com
5

6  Attorneys for Plaintiff and the Class

7

8                    **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  BRYAN VESS, on behalf of himself        CASE NO. 3:10-cv-00920-AJB(WVG)
    and all others similarly situated,
12                                          **CLASS ACTION**

13                  Plaintiff,              **DECLARATION OF ATTORNEY
                                            STEVEN WOODROW IN
14       vs.                                SUPPORT OF FINAL APPROVAL
                                            OF CLASS ACTION
15  BANK OF AMERICA, N.A.,                  SETTLEMENT AGREEMENT
                                            AND AWARD OF REASONABLE
16                  Defendant.              ATTORNEYS FEES AND CLASS
                                            MEMBER INCENTIVE AWARDS
17
                                            Complaint Filed: April 29, 2010
18
                                            The Honorable Anthony J. Battaglia
19

20

21

22        I, Steven L. Woodrow, declare under penalty of perjury, that the following

23  statements are true and correct:

24        1.    I am a Partner at the law firm of Edelson LLC, am over the age of 18

25  and can competently testify to the matters set forth herein if called to do so.

26        2.    I am one of the attorneys who seeks to be appointed as Class Counsel

27  in this litigation and Settlement with Bank of America, N.A. ("BofA") for alleged

28

Decl. of S. Woodrow                                        Case No. 10-cv-0920

1    violations of the Truth-in-Lending Act, 15 U.S.C. s. 1647 *et seq.* and its

2    implementing regulation, Regulation Z, 12 C.F.R. s. 226.5b, and for alleged

3    breaches of contract and related claims arising from BofA's suspension and

4    reductions of home equity lines of credit ("HELOCs").

5          3.     Our law firm has been recognized as one of the leading consumer class

6    action firms in the Country. We have handled over 100 putative and actual class

7    actions and are routinely selected as lead class counsel in high stakes complex

8    litigation.

9          4.     As evidenced by our firm's attached firm resume, with respect to

10   HELOC class actions specifically, our office enjoys a well-established history of

11   achieving important decisions and settlements. (*See* "Edelson Firm Resume," a true

12   and accurate copy of which is attached hereto as Ex. A.)

13         5.     A sampling of some of our more recent HELOC settlements include,

14   without limitation: *In re: JPMorgan Chase Bank Home Equity Line of Credit Litig.*,

15   No. 10-cv-3647, MDL No. 2167 (N.D. Ill.) (our lawyers served as co-lead counsel

16   in litigation and settlement resulting in restoration of between $3.6 billion and $4.2

17   billion worth of HELOC credit to consumers) (Final Approval granted March 8,

18   2013); *In re: Citibank HELOC Reduction Litigation*, No. 09-cv-0350-MMC (N.D.

19   Cal.) (settlement provides cash relief and restores hundreds of millions of dollars of

20   credit to consumers) (Final Approval granted March 18, 2013); *Hamilton v. Wells*

21   *Fargo Bank, N.A.*, No. 09-cv-4152-CW (N.D. Cal.) (Settlement provides industry

22   leading injunctive relief and restores hundreds of millions of dollars worth of

23   projected credit to consumers) (Final Approval granted May 14, 2012); *Schulken v.*

24   *JPMorgan Chase Bank, N.A.*, No. 5:09-cv-2708-LHK (N.D. Cal.) (settlement

25   provides automatic cash relief and claims process) (Final Approval granted May 8,

26   2013)); and *Freeland v. RBS Citizens d/b/a Charter One*, No. 2:12-cv-10935 NGE-

27   MKM (E.D. Mich.) (settlement provides cash and injunctive relief to class

28   members) (Final Approval granted August 28, 2013).

Decl. of S. Woodrow                                           Case No. 10-cv-0920

6.     In addition to these cases, our firm has served as lead or co-lead counsel in dozens of complex consumer class action cases. (*See* Edelson Firm Resume.)

7.     In connection with the instant litigation, lawyers from my firm expended time researching the claims, drafting and reviewing pleadings and motions, and negotiating the settlement. The time spent by each attorney and his or her corresponding billable rate are set forth below. The following rates are reasonable based on my understanding of rates charged by attorneys in the relevant geographic areas.

| ATTORNEY | YEARS OF PRACTICE | RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Steven Woodrow (Partner) | 8 | $550.00 | 188.2 | $103,510.00 |
| Sean Reis (Of Counsel) | 11 | $460.00 | .5 | $230.00 |
| Megan Lindsey (Associate) | 2 | $335.00 | 2.5 | $837.50 |
| Irina Slavina (Former Associate) | 4 | $345.00 | 6.8 | $2,346.00 |
| TOTAL | | | | $106,923.50 |

8.     My firm also incurred expenses of $319.60 in airfare.

Further affiant sayeth not.

Executed this 4th day of September, 2013 in Denver Colorado.


/s/Steven L. Woodrow_____
Steven L. Woodrow

- 3 -

1

**Certificate of Service**

2        The undersigned hereby certifies that all counsel of record who are deemed to

3   have consented to electronic service are being served September 6, 2013, with a

4   copy of this document via the Court's CM/ECF system.  I certify that all parties in

5   this case are represented by counsel who are CM/ECF participants.

6

7                                                        */s/  Alisa A. Martin*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -